UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
    DAVID DUNN,

                              Petitioner,

              -against-                      24 Misc. 46 (LGS)

    ANCHIN, BLOCK & ANCHIN LLP,              ORDER

                              Respondent.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on January 27, 2024, Petitioner filed a motion for transfer or, in the alternative, to compel document production. It is hereby

       **ORDERED** that Respondent shall file a responsive brief by **February 13, 2024,** solely on the question of why the matter should not be transferred to the Delaware bankruptcy court under Federal Rule Civil Procedure 45(f) based on exceptional circumstances. Petitioner shall file a reply brief by **February 16, 2024.** The parties shall comply with the Court's Individual Rules in filing their motions and supporting papers.

Dated: January 31, 2024
       New York, New York

                                                LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE